**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Delton Scott STEVENS, Defendant—Appellant.**

No. 08–7008.

United States Court of Appeals, Fourth Circuit.

Submitted: Oct. 14, 2008.

Decided: Oct. 17, 2008.

Delton Scott Stevens, Appellant Pro Se. David Calhoun Stephens, Assistant United States Attorney, Greenville, South Carolina, for Appellee.

Before KING, GREGORY, and AGEE, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Delton Scott Stevens appeals the district court's order denying his 18 U.S.C. § 3582(c)(2) (2000) motion for reduction of sentence. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Stevens,* No. 7:90–cr–00310–GRA–1, 2008 WL 2330225 (D.S.C. June 3, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*